UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SERGE TOROSSIAN, <br><br> Plaintiff - Petitioner, <br><br> v. <br><br> VITAMIN SHOPPE INDUSTRIES INC., et al., <br><br> Defendant - Respondent. | No. 07-80135 <br><br> D.C. No. CV-07-00523-ODW <br> Central District of California, <br> Los Angeles <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Before: TALLMAN and CLIFTON, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's August 9, 2007 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 16 2007

by: _____
Deputy Clerk

S:\MOATT\Panelord\11-13-07\orders\lc2\07-80135.wpd