UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SERGE TOROSSIAN,<br><br>    Plaintiff - Petitioner,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES INC., et al.,<br><br>    Defendant - Respondent. | No. 07-80135<br><br>D.C. No. CV-07-00523-ODW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: TALLMAN and CLIFTON, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's August 9, 2007 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 16 2007

by: _____
Deputy Clerk

S:\MOATT\Panelord\11-13-07\orders\lc2\07-80135.wpd